# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| SHWETA PANDEY, et al., <br><br> *Plaintiff*, <br><br> v. <br><br> CONTINENTAL CASUALTY COMPANY, INC., et al., <br><br> *Defendants.* | Civil Action No. 20-19958(MCA) <br><br> ORDER |

**THIS MATTER** comes before the Court by way of plaintiff's motion to remand this case to state court, ECF No. 10 and defendant's cross motion for sanctions, ECF No. 11;

and it appearing that Judge Hammer issued a Report and Recommendation dated February 16, 2021, in which Judge Hammer recommended that this Court deny plaintiff's motion to remand, ECF. No. 10 and also recommended that this Court deny defendant's cross motion for sanctions, ECF No. 11; and

it appearing that neither Defendant nor Plaintiff have filed any objections to the Report and Recommendation; and

it appearing that for the reasons set forth in Judge Hammer's Report and Recommendation;

**IT IS** on this 26th day of March, 2021,

**ORDERED** that Judge Hammer's Report and Recommendation dated February 16, 2021, is **ADOPTED** and Plaintiff's motion to remand ECF. No. 10 is **DENIED** and Defendant's cross motion for sanction ECF No. 11 is also **DENIED.**

*s/ Madeline Cox Arleo*
**Hon. Madeline Cox Arleo**
**United States District Judge**